RICHARD T. HOGAN et al., Respondents, *v.* COMAC SALES, INC., Appellant, Impleaded with Others.

(Argued April 17, 1936; decided May 1, 1936.)

*Wyman S. Bascom* and *Raymond F. Allen* for appellant.
*Edward R. Waite* and *John L. Ostrander* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.